**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

ZINEB LILI and MAHMOOD
YOUSEF AL ANI,

        Plaintiffs,           :

v.

                            **Case No. 2:25-cv-00425**
                            **Chief Judge Sarah D. Morrison**
                            **Magistrate Judge Kimberly A.**

DONALD J. TRUMP, President
                            **Jolson**
of the United States of America,    :
*et al.*,

        Defendants.

### ORDER

On March 26, 2026, the Court stayed this action pending the United States Immigration Citizenship and Immigration Services' ("USCIS") resolution of Plaintiff Zineb Lili's reopened I-130 Petition. (ECF No. 21.) The Court also ordered the parties to file a joint status report by April 9 for the sole purpose of updating the Court on the status of that Petition. (*Id.*)

The parties filed separate status reports (ECF Nos. 22, 23), neither of which complied with the Court's March 26 Order. However, the Court was made aware through Defendants' status report that "[o]n December 17, 2025, USCIS issued a decision denying Plaintiff Lili's second I-130." (ECF No. 22, PAGEID # 148.) The remaining information in the separately-filed status reports is superfluous and contrary to the Court's Order and is therefore **STRICKEN** from the record. The stay in this matter is **LIFTED**. This case is **REFERRED** to the Magistrate Judge

for a preliminary pretrial conference under Fed. R. Civ. P. 16 and S.D. Ohio Civ. R. 16.2.

**IT IS SO ORDERED.**

/s/ Sarah D. Morrison
**SARAH D. MORRISON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**